# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BETTER GOVERNMENT ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Thomas M. Durkin |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | 15 CV 9070 |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ORDER SUSPENDING BRIEFING SCHEDULE

The parties jointly move this Court for an order suspending the briefing schedule on Defendant's motion for summary judgment. The parties have discussed potential resolution that would result in dismissal of the case, and request a status date in early May in the event the case is not dismissed earlier.

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BETTER GOVERNMENT ASSOCIATION

Matthew Topic
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607
(312) 243-5900
matt@loevy.com

Prashant Kolluri
Assistant United States Attorney
Northern District of Illinois
219 S. Dearborn, Suite 500
Chicago, IL 60604

**CERTIFICATE OF SERVICE**

I, Matthew Topic, an attorney, certify that on March 15, 2016, I filed the foregoing Joint Motion for Order Suspending Briefing Schedule via the Court's electronic filing system, which effected service on all counsel of record.

/s/ Matthew Topic